

1575-14 FILE COPY

# ELECTRONIC RECORD

COA #   11-12-00293-CR          OFFENSE:  DWI

STYLE: **Blas Hernandez, Jr. v. The State of Texas**          COUNTY:  Ellis

COA DISPOSITION:   AFFIRMED          TRIAL COURT:  40th District Court

DATE: 10/9/14          Publish: NO   TC CASE #:   36,567CR

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Blas Hernandez, Jr. v. The State of Texas**          CCA #:  **PD-1575-14**

_PRO SE_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _04/22/2015_          SIGNED: _____          PC: _____

JUDGE: _per curiam_          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD